429 A.2d 72

Commonwealth, Appellant v. Cominsky a/k/a Hall.
Reargument Denied Dec. 24, 1980.

Argued April 15, 1980. Gerald R. Solomon, for Commonwealth, appellant; Alphonse P. Lepore, Jr., submitted a brief on behalf of appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The order of the lower court is hereby affirmed.

WICKERSHAM, J. filed a memorandum concurring statement.

429 A.2d 72

Commonwealth v. Hughes, Appellant.

Argued April 14, 1980. *Michael W. Zurat*, for appellant; *Kathryn L. Simpson*, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J. concurred in the result.